IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LESLIE C. WASHINGTON,

        Petitioner,

  v.

PAUL COPENHAVER, Warden, Federal Corrections Institution, Dublin, THE BUREAU OF PRISONS, et al.,

        Respondents../

No. CV-09-2491 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

1. The petition is hereby DISMISSED as moot.

2. Petitioner's request for an emergency furlough is hereby DENIED.

Dated: June 24, 2009

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk